UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S, Kopelman, Esq. (MSK 6104)

*Attorneys for ARP Hospitality Group LLC*

---

| | |
|---|---|
| In Re: | CHAPTER 11 |
| ARP HOSPITALITY GROUP LLC | CASE NO.: 25-17941 |
| | JUDGE: John K. Sherwood |
| Debtor. | Hearing: 10/14/2025 at 10:00 a.m. |

**NOTICE OF MOTION TO EXTEND STAY OF
UNFAIR LABOR PRACTICE HEARING UNTIL THIS MOTION IS DECIDED,
REJECT COLLECTIVE BARGAINING AGREEMENT PURSUANT TO THE
PROVISIONS OF 11 U.S.C. § 1113, AND TO EXPUNGE CLAIM #3 FILED BY
UNITE HERE RETIREMENT FUND**

TO:   Colleen Breslin, Esq.
      National Labor Relations Board, Region 22
      20 Washington Place, 5th Floor
      Newark, NJ 07102-3110

      Gregory Fries, Esq.
      Hotel and Gaming Trades Council, AFL-CIO
      707 Eighth Avenue
      New York, NY 10036-7102

      Richard M. Seltzer, Esq
      Cohen Weiss and Simon LLP
      909 Third Avenue, 12th Floor
      New York, NY 10022-4731

Ryan R. Sweeney Esq.
Cleary & Josem, LLP
325 Chestnut Street, Suite 200
Philadelphia, PA 19106

**PLEASE TAKE NOTICE** that on Tuesday, October 14, 2025 at 10:00 o'clock in the forenoon or as soon thereafter as counsel may be heard, ARP HOSPITALITY GROUP LLC by and through their counsel Kopelman & Kopelman LLP shall move before Honorable John K. Sherwood, U.S.B.J., Courtroom 3D, United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey for the entry of an order to extend stay of Unfair Labor Practice Hearing until this motion is decided, reject collective bargaining agreement pursuant to the provision of 11 U.S.C. §1113, and to expunge Claim #3 filed by Unite Here Retirement Fund.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Certification of Jignesh Patel dated September 22, 2025 shall be relied upon and is submitted simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that no brief is being submitted because the issues raised are factual in nature.

**PLEASE TAKE FURTHER NOTICE** that opposition to the relief requested in the motion, if any, must be filed with the Clerk of the United States Bankruptcy Court and served upon the undersigned counsel 7 days prior to the return date of the matter may proceed *ex parte* and the relief requested in the notice of motion may be granted by the Court with no further notice to you.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

2

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

|  |  |
|---|---|
| Dated: September 22, 2025 | KOPELMAN & KOPELMAN LLP<br>BY:  /s/ Michael S. Kopelman<br>       Michael S. Kopelman, Esq. |